UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABRAHAM REYES-REYES,<br><br>Defendant. | Case No.: 22-cr-2130-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On September 23, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for October 7, 2022 to November 4, 2022. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 19] and sets the Motion Hearing/Trial Setting on November 4, 2022 at 10:30 a.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//
//

1   Further, on September 22, 2022, the Defendant filed a pretrial motion that remains
2   pending. Accordingly, the Court finds that time from September 22, 2022 to November 4,
3   2022 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is
4   pending. 18 U.S.C. § 3161(h)(1)(D).

5   IT IS SO ORDERED.
6   Dated: 10/4/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE